NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SUPERNUS PHARMACEUTICALS, INC.,**
*Plaintiff-Appellee*

**v.**

**AJANTA PHARMA LIMITED, AJANTA PHARMA USA INC.,**
*Defendants*

**TORRENT PHARMA INC., TORRENT PHARMACEUTICALS LTD.,**
*Defendants-Appellants*

---

2024-1606

---

Appeal from the United States District Court for the District of New Jersey in Nos. 3:21-cv-06964-GC-DEA, 3:21-cv-14268-GC-DEA, Judge Georgette Castner.

---

## O R D E R

The parties, having so agreed,

IT IS ORDERED THAT:

2                          SUPERNUS PHARMACEUTICALS, INC. v.
                                  AJANTA PHARMA LIMITED

The above-captioned appeal is dismissed under Fed. R. App. P. 42(b) with each side to bear their own costs.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

November 5, 2025
        Date

**ISSUED AS A MANDATE**:  November 5, 2025